# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:              February 1, 2013

Courtroom Deputy:  Nel Steffens
Court Reporter:    Tracy Weir
Probation Officer: Sergio Garza

**Criminal Action No. 11-cr-00466-REB**

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,                     Matthew Kirsch
                                              Anna Edgar
    Plaintiff,

v.

1. JUSTIN KNIGHT,                             Forrest Lewis

    Defendant.

## SENTENCING MINUTES

**9:05 a.m.    Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government. Mr. Kirsch orally moves for an additional one-level decrease in the offense level for acceptance of responsibility.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the government's oral motion for an additional one-level decrease in the offense level for acceptance of responsibility is **GRANTED**;

3. That the **Defendant's Motion for Downward Variance and Non-Guidelines Sentence** [#27] filed January 15, 2013 is **GRANTED** to the extent consistent with the foregoing findings and conclusions and the following orders;

4. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count One of the Information;

5. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is sentenced to supervised probation for the maximum term permitted by law, **five years,** during which the defendant shall be subject to the jurisdiction of this court and its probation department;

6. That while on supervised probation, the defendant shall comply with the following conditions of supervised probation:

    • all mandatory conditions of supervised probation, prescribed by law

at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

- all standard conditions of supervised probation approved and imposed by this court in all such cases and circumstances; and

- the following explicit or special conditions of supervised probation:

    - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised probation;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

    - that the defendant shall submit to one drug test within fifteen (15) days of the entry of formal judgment, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

    - that the defendant, without the express approval of this court, shall not be employed in any capacity in the mortgage industry;

    - that at defendant's expense, the defendant shall, unless then indigent, undergo an alcohol/substance abuse evaluation, and thereafter, at defendant's expense receive any treatment, therapy, counseling, testing or education prescribed by the evaluation or as directed by defendant's probation officer or as ordered by the court; that defendant shall abstain from the use of alcohol or other intoxicants during the course of any such treatment, therapy, counseling, testing, or education; provided, furthermore, that to ensure continuity of treatment, the probation department is authorized to release mental health records and reports of the defendant and the PSR to any person or entity responsible for or involved in the treatment, therapy,

          counseling, testing, or education of the defendant;

        •     that at defendant's expense, the defendant shall be placed on home detention for a period of **twelve (12) months**, to commence within **twenty-one (21) days of sentencing**; provided, furthermore, that during this time, (1) the defendant shall remain at defendant's place of residence except for employment and other activities approved in advance by the probation officer; (2) the defendant shall maintain a telephone at defendant's place of residence without any special services, modems, answering machines, or cordless telephone for the above period; and (3) the defendant shall wear an electronic device and shall observe the rules specified by the probation department;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00; and

9. That immediately following this hearing, the defendant and his counsel shall confer with Mr. Garza to schedule an appointment so that the defendant can read, review, and sign the written conditions of probation.

The defendant has waived his right to appeal the sentence imposed.

**9:36 a.m.**     **Court in recess.**

Total time in court: 00:31

Hearing concluded.